[No. 3913-7-III.   Division Three.   January 7, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
A. GRUNDY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 72892, Carl L. Loy, J., entered March
24, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J.,
concurred in by Green and Munson, JJ.

[No. 9128-0-I.   Division One.   January 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
E. BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-00017-1, David W. Soukup, J., entered
July 31, 1980. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Durham, A.C.J., and Swanson,
J.

[No. 9175-1-I.   Division One.   January 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. VIRGIL
MANUEL JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-00962-8, H. Joseph Coleman, J., entered
July 17, 1980. *Affirmed* by unpublished opinion per James,
J., concurred in by Swanson and Williams, JJ.

[No. 8775-4-I.   Division One.   January 11, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. WALTER
E. TAUSCHER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 79-2-02651-4, Eugene G. Cushing, J., entered
April 18, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Swanson and Williams, JJ.